UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED SPECIALTY INSURANCE COMPANY,

Plaintiff,

- against –

LIC CONTRACTING, INC., SEUNGHO KIM, JEEWHA KIM, 211-12 NORTHERN BOULEVARD CORP., and SAI GROCERY, INC.

Defendants.

CIVIL ACTION NO.
1:17-cv-5736 JBW-VMS

**DECLARATION OF CHRISTOPHER T. BRADLEY, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Christopher T. Bradley, an attorney duly admitted to practice law before the United States District Court for the Eastern District of New York and before the Courts of the State of New York, hereby declares as follow:

1. I am a Member of the law firm of Marshall, Conway & Bradley, P.C., attorneys for plaintiff United Specialty Insurance Company ("United Specialty") and I submit this Declaration in support of United Specialty's Motion for Summary Judgment.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Declaratory Judgment Complaint ("DJ Complaint") and the accompanying exhibits filed on October 2, 2017 in the within action ("Action").

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Answer to the DJ Complaint filed on December 15, 2017 by LIC Contracting, Inc., ("LIC"), Seungho Kim and Jeewha Kim (collectively, the "LIC Defendants") in the Action.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Answer to the DJ Complaint filed on January 9, 2018 by 211-12 Northern Boulevard Corp. and SAI Grocery, Inc. (collectively, the "211 Defendants") in the Action.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of the transcript of the deposition conducted of Pradipsinh Gohil ("Gohil") on January 16, 2018.

6. Annexed hereto as Exhibit 5 is a true and accurate copy of the Affidavit of Gohil executed on May 17, 2016 in connection with the LIC Defendants' Motion for Summary Judgment in the action captioned as *211-12 Northern Boulevard Corp. and SAI Grocery Inc. v. LIC Contracting, Inc. et al.*, Index No.: 700656/2016, in the New York State Supreme Court for the County of Queens ("Underlying Action").

7. Annexed hereto as Exhibit 6 is a true and accurate copy of the 211 Defendants' Notice to Admit served on April 11, 2016 to the LIC Defendants in the Underlying Action.

8. Annexed hereto as Exhibit 7 is a true and accurate copy of the LIC Defendants' Response to the 211 Defendants' Notice to Admit served on or around May 6, 2016 in the Underlying Action.

9. Annexed hereto as Exhibit 8 is a true and accurate copy of the Affidavit of Seungho S. Kim executed on February 24, 2016 in the Underlying Action.

10. Annexed hereto as Exhibit 9 are true and accurate copies of transcripts of the deposition of Seungho S. Kim conducted on April 12, 2018 and April 16, 2018 in the Underlying Action.

11. Annexed hereto as Exhibit 10 is a true and accurate copy of the Vacate Do Not Enter Sign that on November 18, 2105, the New York Department of Buildings ("DOB") placed on the premises at 211-12 and 211-14 Northern Boulevard, Bayside, New York (the "211 Property").

12. Annexed hereto as Exhibit 11 is a true and accurate copy of the DOB Complaint Disposition History regarding the 211 Property in connection with disposition dates November 19, 2015 and November 23, 2015.

13. Annexed hereto as Exhibit 12 is a true and accurate copy of the DOB Complaint Disposition History regarding the 211 Property in connection with disposition dates November 18, 2015, November 19, 2015 and December 31, 2015.

14. Annexed hereto as Exhibit 13 is a true and accurate copy of the Affirmation In Opposition to Plaintiffs' Motion for Partial Summary Judgment filed on July 13, 2016 by the LIC Defendants in the Underlying Action.

15. Annexed hereto as Exhibit 14 is a true and accurate copy of the Summons and Verified Complaint in the Underlying Action.

16. Annexed hereto as Exhibit 15 is a true and accurate copy of the LIC Defendants' Motion for Summary Judgment in the Underlying Action.

17. Annexed hereto as Exhibit 16 is a true and accurate copy of Judge Carmen R. Velasquez's decision in the Underlying Action dated June 30, 2017 with Notice of Entry.

18. Annexed hereto as Exhibit 17 are true and accurate copies of the Affidavit of Robert Antonucci dated May 16, 2016 and documents on which Mr. Antonucci relied in his Affidavit in connection with the 211 Defendants' Motion for Summary Judgment in connection with the Underlying Action.

19. Annexed hereto as Exhibit 18 is a true and accurate copy of the declination letter dated January 5, 2016 of Debbie Deligan, a Claim Specialist at State Farm Fire and Casualty Company, to the 211 Defendants.

20. Annexed hereto as Exhibit 19 is a true and accurate copy of the December 11, 2015 report of Paul J. Angelides, the principal of the firm of Paul J. Angelides, P.E., P.C.

21. Annexed hereto as Exhibit 20 is a true and accurate copy of the May 30, 2017 report of Gregory D. Smith, PE, SE and Robert W. McMichael, PE, GE, DGE of Madsen, Kneppers & Associates, Inc.

22. Annexed hereto as Exhibit 21 is a true and accurate copy of the March 30, 2016 partial declination letter from Traci A. McGuire of United Specialty to the LIC Defendants.

23. Annexed hereto as Exhibit 22 is a true and accurate copy of the April 11, 2016 letter of Robert W. Sanborn, Claims Specialist at Nationwide, to the LIC Defendants.

24. Annexed hereto as Exhibit 23 is a true and accurate copy of the January 4, 2018 declination letter from Traci A. McGuire of United Specialty to the LIC Defendants and enclosures.

25. Annexed hereto as Exhibit 24 is a certified copy of United Specialty Commercial Excess Liability Coverage Policy No. USA4074246 issued to LIC for the policy period of April 1, 2015 to April 1, 2016.

26. Annexed hereto as Exhibit 25 is a true and accurate copy of the article titled "Differential Settlement Causes Unstable Foundations" authored by Scott Lemar.

27. Annexed hereto as Exhibit 26 is a true and accurate copy of the article titled "Why Houses Settle" authored by Josh Clark.

Date: New York, New York
June 21, 2018

MARSHALL CONWAY & BRADLEY, P.C.

By: Christopher T. Bradley, Esq.
Attorneys for Plaintiff
United Specialty Insurance Company
45 Broadway, Suite 740
New York, New York 10006
Phone: (212) 619-4444 / Fax:(212) 962-2647
Cbradley@mcwpc.com